IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                     ORDER

                Plaintiff,

                    08-cr-87-bbc-02

        v.

COREY THOMAS,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      No objections having been received to the report and recommendation entered herein by the United States Magistrate Judge on January 20, 2009, IT IS ORDERED that the magistrate judge's recommendation is ADOPTED.[1]   FURTHER, IT IS ORDERED that defendant Corey Thomas's motion to suppress physical evidence and his post-arrest statements is GRANTED.

      Entered this 2d day of February, 2009.

                    BY THE COURT:
                    /s/
                    BARBARA B. CRABB
                    District Judge

---

[1]The date of the United States Magistrate Judge's Report and Recommendation (dkt. 148) contains a typographical error. The Report and Recommendation was entered on January 20, 2009 not January 20, 2000.