IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

COREY THOMAS and
PRINCE BECK,

                Defendants.

ORDER

08-cr-87-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        The trial in this case which was scheduled to start on February 17, 2009, has to be continued to March 9, 2009 because of the illness of counsel for one of the defendants. The final hearing is continued to 3:00 p.m. on Thursday, March 5, 2009.  All subpoenas are continued to March 9, 2009, and until the end of the trial.

        Entered this 11th day of February, 2009.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge