IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>COREY J. THOMAS,   )<br>)<br>Defendant.   )<br>) | Case No. 08-CR-87-C-02 |

ORDER GRANTING ISSUANCE OF WRIT OF EXECUTION

Upon consideration of the United States' Application For Writ of Execution;

IT IS HEREBY ORDERED that for good cause shown, the United States' Application for Writ of Execution is granted.

IT IS FURTHER ORDERED that a Writ of Execution commanding the United States Marshal to satisfy the restitution judgment against defendant by levying on and taking possession of $13,486.00 of United States Currency and delivering the currency to the United States Clerk of Court for the Western District of Wisconsin to be applied towards defendant's restitution debt. Defendant has a substantial nonexempt interest in the $13,486.00 of United States Currency, and his interest does not exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs, and interest, shall be issued by the Clerk of Court.

IT IS FURTHER ORDERED that a Writ of Execution commanding the United States Marshal to satisfy the restitution judgment against defendant by levying on and

selling the 2000 Lincoln LS VIN 1LNHM86S7YY926239 and forwarding proceeds to the United States Clerk of Court for the Western District of Wisconsin to be applied towards defendant's restitution debt. Defendant has a substantial nonexempt interest in the 2000 Lincoln LS VIN 1LNHM86S7YY926239, but not to exceed property reasonable equivalent in value to the aggregate amount of the judgment, cost, and interest, shall be issued by the Clerk of Court.

IT IS FURTHER ORDERED that in performing the levy, the United States Marshal may take possession of property owned or controlled by the defendant.

IT IS FURTHER ORDERED that the sale of the 2000 Lincoln LS VIN 1LNHM86S7YY926239 shall be conducted in a commercially reasonable manner to be determined by the United States Marshal and as set forth in the Writ of Execution.

Dated this 12th day of August, 2009.

Barbara B. Crabb
BARBARA B. CRABB
United States District Judge