IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                     ORDER

                 Plaintiff,

                                08-cr-87-bbc

        v.

COREY THOMAS,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On October 14, 2011, I granted defendant Corey Thomas's motion for leave to proceed on appeal in forma pauperis.  He has now supplemented his motion with a financial affidavit as well as a request for appointment of counsel.  I am satisfied from my review of the documents that he  is financially unable to pay the costs of his appeal or to retain counsel for his appeal. He is financially eligible for the appointment of counsel.  I will send the Court of Appeals for the Seventh Circuit a copy of this order so that it may appoint appellate counsel for defendant.

ORDER

Defendant's motion for appointment of counsel is GRANTED.

Entered this 24th day of October, 2011.

                          BY THE COURT:
                          /s/
                          BARBARA B. CRABB
                          District Judge