IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

COREY THOMAS,

                Defendant.

ORDER

08-cr-87-bbc-02

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On July 6, 2021, this court entered an order granting the government's motion to authorize payment for restitution from defendant Corey Thomas's inmate trust account. Dkt. #562. On the same day, but after the order was issued, defendant filed an objection to the government's motion. Dkt. #563. I will construe defendant's motion as a motion for reconsideration of the court's order and give the government until August 5, 2021 to respond.

Entered this 15th day of July, 2021

                         BY THE COURT:
                         /s/

                         BARBARA B. CRABB
                         District Judge